# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2023

## NO. 03-23-00553-CV

**William E. Johnson, Appellant**

**v.**

**Ken Paxton, Texas Attorney General; David Gutierrez, Chairman Board of Pardons and Paroles; Joni White, Assistant Director of the Texas Department of Criminal Justice Classification and Records Department; and Pamela Thielke, Texas Parole Division Director et al., Appellees**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.